UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-735 MRW | Date | August 27, 2013 |
|---|---|---|---|
| Title | Akahoshi v. Bank of America | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS

At the parties' request, the Court continued the date by which they were to submit a proposed schedule for this lawsuit to July 12, 2013.  To date, however, the parties filed neither a joint schedule nor separate statements recommending a schedule.  As a result, the Court has not entered a schedule to ensure the prompt and fair progress of the action.

Therefore, it is ORDERED that both parties will show cause why the Court should not impose sanctions (monetary, evidentiary, or both) for their failure to comply with the previous order.  Each party may discharge the order by submitting a separate statement regarding pretrial and trial dates – along with an explanation for the noncompliance with the Court's earlier order – by or before September 9, 2013.  Failure to comply with this OSC will result in sanctions and the entry of a scheduling order without further input from the parties.