# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF AKAHOSHI, | Case No. CV 13-735 MRW |
| Plaintiff, | |
| vs. | JUDGMENT |
| BANK OF AMERICA, et al. | |
| Defendant. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 18, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE